UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHNNY REYES-RELLES,
    a/k/a "Johnny Reyes-Reyes,"
    a/k/a "Johnny Relles,"
    a/k/a "Kelvin Rivera-Relles,"
    a/k/a "Jhony Relles,"
    a/k/a "John Relles,"
    a/k/a "Jose A. Paulino Disla,"
    a/k/a "Melvin R. Rivas,"
    a/k/a "Kelvin Rivera,"
    a/k/a "Marlo Garcia,"
    a/k/a "Jose Disla,"
    a/k/a "Pedro Garcia,"
    a/k/a "Jose Paulinho,"

                Defendant.

**INDICTMENT**

25 Cr. 340

## COUNT ONE
### (Illegal Re-Entry)

The Grand Jury charges:

1.     From at least on or about September 21, 2024, in the Southern District of New York and elsewhere, JOHNNY REYES-RELLES, a/k/a "Johnny Reyes-Reyes," a/k/a "Johnny Relles," a/k/a "Kelvin Rivera-Relles," a/k/a "Jhony Relles," a/k/a "John Relles," a/k/a "Jose A. Paulino Disla," a/k/a "Melvin R. Rivas," a/k/a "Kelvin Rivera," a/k/a "Marlo Garcia," a/k/a "Jose Disla," a/k/a "Pedro Garcia," a/k/a "Jose Paulinho," the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered, and was found in, the United States, after removal that was subsequent to a conviction for commission of an aggravated felony, without having obtained the express consent of the Attorney General of the

2

United States, or the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

FOREPERSON

JAY CLAYTON
United States Attorney

2