UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                                  :   **SCHEDULING ORDER**
v.                                :
                                  :
JOHNNY REYES-RELLES,              :
                                  :   7:25-cr-340 (PMH)
                                  :
          Defendant.              :
------------------------------------------------------------x

An Initial Conference is scheduled for September 9, 2025 at 10:30 a.m. in a courtroom to be determined at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       September 3, 2025

_____
Philip M. Halpern
United States District Judge