

**U.S. Department of Justice**

> Application granted. The status conference scheduled for October 14, 2025 is adjourned to December 1, 2025 at 12:00 p.m. By November 24, 2025, the parties shall advise the Court whether the status conference should be converted to a change of plea hearing. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 10).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        October 10, 2025

**VIA ECF AND EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re:   *United States v. Johnny Reyes-Relles*, No. 25 Cr. 340 (PMH)

Dear Judge Halpern:

The Government respectfully writes on behalf of the parties to request that the status conference in this case currently scheduled for Tuesday, October 14, 2025, at 11 a.m., be rescheduled to Monday, December 1, 2025, at 12 p.m. The Government understands that the defendant would like additional time to review discovery, and the parties are engaged in discussions regarding potential pretrial resolution of this case. Accordingly, the parties respectfully request that next week's status conference be rescheduled to Monday, December 1, 2025, at 12 p.m., a date and time when the parties understand the Court is available. If the Court grants this request, the Government also requests that the Court exclude time under 18 U.S.C. § 3161(h)(7)(A) to December 1, 2025 or otherwise to the date of the rescheduled status conference, as the interests of justice served by such an exclusion outweigh the best interests of the public and the defendant in a speedy trial because the exclusion of time will allow additional time for the defendant to review discovery and for the parties to continue discussions regarding pretrial resolution. The defendant consents to this exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:   __/s/_____
      Justin L. Brooke
      Assistant United States Attorney
      (914) 993-1918

CC:   Sungso Lee, Esq. (via ECF and email)