# EXHIBIT A

13 de abril, 2026

Saludos su señoría y gracias por la oportunidad de espresarme. Yo tengo que aceptar que no he hecho lo correcto para merecer estar en esta gran nación a la que le agradezco en gran medida, le agradezco parte de las cosas mas importante que me han pasado a lo largo de mis casi 60 años de vida, hoy me toca pedir perdón y como hombre me disculpo ante usted por no ser un buen ejemplo.

Señor juez quiero mucho su país pero me descuidé y no hice lo que hace usted o una persona de bien para merecer estar aquí estoy conciente de que meresco ser castigado.

Cuando fui deportado hace 15 años, encontré trabajo en el campo y permanecí en mi país durante muchos años. Mis hijos vinieron a visitarme y, entonces, llegó la pandemia. La pandemia fue muy difícil para mi familia. Mi hija menor pasaba por un momento difícil y se negaba a salir de su cuarto. Dejó de hablarle a su madre. Vi una razón para volver a su país, pero, mirando atrás, debería haberla apoyado a ella y a su madre de otra manera. Hoy tengo mas de una razón para que darme en el mío. Vivir ilegalmente en este país hace daño a mis hijos. Mis hijos saben que los amo y quieren que regrese a casa. El menor de ellos progresa bien y se va a la universidad en otoño. También soy conciente de que ni mi edad ni mi salud me lo permitirán. Es más, tomaría mas de tres o cuatro años para conseguir el dinero que me costaría el regreso. Le juro que me gustaría morir en el campo que vio morir a mis abuelos y posteriormente el entierro de mis padres y sí usted me da esa oportunidad le estaré eternamente agradesido.

Gracia y mil veces perdón.

Johnny Reyes-Relles

April 13, 2026

Greetings, Your Honor, and thank you for this opportunity to express myself. I accept that I have not done the right thing to deserve to be in this great nation to which I am grateful in large measure. I am thankful for many of the most important things that have happened to me throughout my nearly 60 years of life. Today I must ask for forgiveness, and as a man I apologize before you for not being a good example. Your Honor, I love this country very much, but I was careless, and I did not do what you or any good citizen would do to deserve to be here. I am aware that I deserve to be punished.

When I was deported 15 years ago, I found work in the field and stayed in my country for many years. My children came and visited me then pandemic happened. The pandemic was very difficult for my family. My youngest daughter was struggling and refused to leave her room. She stopped talking to her mom. I saw a reason to return to this country but looking back, I should have supported her and her mother another way. Now I have more than one reason to stay in my own country. Living in this country illegally hurts my children. My children know I love them and want me to go back home. My youngest is doing well and is going off to college in the fall. I am also aware that neither my age nor my health will allow me to return. Besides that, the money it would cost me to return would take me 3 or 4 years to obtain it. I swear to you that I would prefer to end my days in the countryside where my grandparents and parents died and are buried, and if you will give me that opportunity, I will be eternally grateful.

Thank you and a thousand apologies.

Johnny Reyes-Relles

# EXHIBIT B

To whom it may concern

In regards to my father, Johnny Reyes, I could write about his character all day. The idea that for many years we were separated by thousands of miles and years into my adulthood he still found ways to have a relationship with us from thousands of miles away. I've been at my lowest  and he was there for me when I needed him most. When my younger sister was struggling and needed him, he took a risk and came back. He showed her what it felt to have unconditional love and that she could rely on her dad.

He's also taught me a lot about what it means to be a man, that to be a man is to persevere. As his only son he's taught me a lot about responsibility.

My father has talked about wanting to go back to his country. Before he was in jail, he would tell me, I'm going back soon and want you to visit. His country is where he feels most comfortable and safe. It has been a dream of his and I want him to fulfill it. As he reaches his later years I  dream of being able to visit him in his home country (as we talked about). It's very difficult to see the man that always pushed to stay in my sisters and my life, be bound to a uniform and cell.

In summation, I hope my father will be sent to his home country so that my sisters and I can visit our father. My sisters and I need him and we need him to be safe. We want him to stay in the Dominican Republic.

Thank you for taking time to read my letter.

Andy Paulino

# EXHIBIT C

To Whom It May Concern,

I am writing this letter in strong support of Johnny Reyes-Relles's to receive the lowest reasonable sentence.

I have had the pleasure of knowing Johnny for many years as a partner and a dad. During this time, I have been continually impressed by Johnny's dedication, and commitment toward children. His spirit and persistence helped our children in many ways,  especially the youngest.

Specifically, I recall a time when Johnny successfully helped me with ████████ ████████. During the pandemic, my youngest daughter ████████████ She did not want to attend middle school remotely nor wanted to step out of her dark room. For her, it was hard to cope with all the changes that her age was going through. In addition, it was hard for her seeing all the sickness, death, and how the world was changing. Johnny was hospitalized with Covid-19 in his home country during the pandemic. We all knew he was sick and hospitalized, but we had no other information. That worried all of us, but it impacted our youngest daughter most. She was scared that he had died. Even after the pandemic, she was scared to go outside. The lack of communication with her friends during the pandemic also put her at a disadvantage.  So after the pandemic, Johnny returned  to support me with her toughest time of adolescence.

Johnny's aide consisted of talking, advising, and nurturing her. He walked her to school and picked her up. This made our daughter feel safe again. It was hard for all of us. She was going through a tough time with me. Johnny's assistance made things feel smoother. He helped her improve her negative thoughts and attitude. At times, Johnny cried with her to console her that things will change for the better. He taught her a couple coping mechanisms, such as going for walks, listening to music, and writing thoughts. I was able to see the difference in our daughter's attitude. She felt safe and secured. Overall, Johnny helped her feel that there are many reasons to continue with life.

Johnny is a very supportive father and human being. His ability to manage multiple obstacles brought him to be appreciated by all of us.  I know he is older and faces health challenges. This is why I rather see him in his native country where he can enjoy his last years. I plan to buy a small house to retire with him.

I wholeheartedly recommend Johnny without reservation to receive the lowest sentence. Please feel free to contact me at ██████████

Sincerely,
Lissette Torres